IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ABDUL JONES,<br><br>*Defendant.* | CRIMINAL ACTION<br>NO. 23–477 |

### ORDER

**AND NOW**, this 22nd day of March 2024, upon consideration of Defendant's Motion to Dismiss Count 1 of the Indictment, (ECF No. 15), and the Government's Response, (ECF No. 17), the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.