THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>ABDUL JONES | CRIMINAL ACTION<br>NO. 23-477 |

### ORDER

**AND NOW**, this 24th day of July 2024, upon consideration of Abdul Jones's Motion to Suppress (ECF No. 20) and the Government's Response (ECF No. 23), and following an evidentiary hearing (ECF No. 27), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.